No. 05–527. Dysart, Taylor, Lay, Cotter & McMonigle, P. C. *v.* Chicago Truck Drivers, Helpers & Warehouse Workers Union Pension Fund et al. C. A. 8th Cir. Certiorari denied.

No. 05–554. Schmitt *v.* City of Detroit, Michigan, et al. C. A. 6th Cir. Certiorari denied.

No. 05–604. North Pacifica LLC *v.* City of Pacifica, California. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 05–606. Kegley et al. *v.* City of Fayetteville, North Carolina. Ct. App. N. C. Certiorari denied.

No. 05–607. Rhoades et al. *v.* Queen-Johnson et al. C. A. 6th Cir. Certiorari denied.

No. 05–612. Mattmiller *v.* Minnesota. Ct. App. Minn. Certiorari denied.

No. 05–613. Douglas *v.* Dobbs et al. C. A. 10th Cir. Certiorari denied.

No. 05–614. Decoulos, Trustee of Willowdale Realty Trust *v.* Maritimes & Northeast Pipeline, L. L. C. C. A. 1st Cir. Certiorari denied.

No. 05–615. ABF Capital Corp. *v.* Osley et al. C. A. 9th Cir. Certiorari denied.

No. 05–618. Pasha *v.* William M. Mercer Investment Consulting, Inc., et al. C. A. 2d Cir. Certiorari denied.

No. 05–621. Holmes *v.* Slack et al., Co-Personal Representatives of the Estate of Holmes. Ct. App. Ore. Certiorari denied.

No. 05–625. Freeman *v.* Grubbs, Warden, et al. C. A. 10th Cir. Certiorari denied.

No. 05–626. Mattison *v.* Virginia. Sup. Ct. Va. Certiorari denied.